# UNITED STATE DISTRICT COURT

## DISTRICT OF OREGON

_____Portland_____ DIVISION

JESSICA MANFRE-LANE

V.

SOUTH TEXAS DENTAL ASSOCIATES L.P.

A/K/A STX HEALTHARE

CIVIL CASE NO. 3:20-cv-00247 SB

REQUEST TO TRANSFER TO UNITED STATE DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

PETITIONER, JESSICA MANFRE-LANE REQUESTS THE FILING OF THIS LAWSUIT OF DISCRIMINATION AGAINST SOUTH TEXAS DENTAL ASSOIATES L.P. A/K/A STX HEATHCARE BE TRANSFERRED TO THE UNITED STATE DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS IN ORDER TO PRESERVE THE FILING DEADLINE. MS. MANFRE IS CURRENTLY IN OREGON AND UNABLE TO FILE IN PERSON AT THE UNITED STATE DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS.

FEBRUARY 13, 2020

*/s/ Jessica Manfre-Lane*

JESSICA MANFRE-LANE

1500 JACKSON ST, #210

DALLAS, TEXAS 75210

972-589-7835